*Frederick W. Gaines* for petitioner.   *Mr. Albert H. Miller* and *Mr. A. Jay Miller* for respondent.

---

No. 639. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY ET AL. *v.* FRED WARD. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted.   *Mr. R. J. Roberts, Mr. C. O. Blake, Mr. W. H. Moore, Mr. Thomas P. Littlepage, Mr. Sidney A. Taliaferro* and *Mr. W. F. Dickinson* for petitioners.   *Mr. W. S. Pendleton* for respondent.

---

No. 653. ANA MARIA SUGAR COMPANY *v.* THOMAS QUINONES. October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Mr. E. Crosby Kindleberger* for petitioner. No appearance for respondent.

---

No. 656. LEO WEIDHORN *v.* BENJAMIN A. LEVY, TRUSTEE, ETC.   October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Mr. Walter Hartstone* and *Mr. L. P. Loving* for petitioner.   *Mr. Lee M. Friedman* for respondent.

---

No. 671. POSTAL TELEGRAPH-CABLE COMPANY *v.* J. L. DICKERSON. October 28, 1918.   Petition for a writ of certiorari to the Supreme Court of the State of Mississippi granted.   *Mr. James N. Flowers* for petitioner. No appearance for respondent.